E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
RANDY HSIEH (Cal. Bar No. 312087)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-6585
      Facsimile: (213) 894-5719
      E-mail: Randy.Hsieh@usdoj.gov

Attorneys for Defendant
Kilolo Kijakazi,
Acting Commissioner of the Social Security Administration

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER FOR THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 5:22-cv-00744-RGK-MRW<br><br>**STIPULATION FOR REFERRAL TO COURT MEDIATION PANEL**<br><br>**[Filed Concurrently with the [Proposed] Order]**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

**IT IS HEREBY STIPULATED** by and between the parties through their counsel, subject to the Court's approval, that the case be referred to the Court Mediation Panel (ADR Procedure No. 2). The case is presently referred to private mediation, pursuant to the Court's December 12, 2022 order (ECF 45).

Good cause exists for the request. Upon conducting discovery, the parties believe that it would be in both sides' financial interest to first utilize the Mediation Panel's services before potentially engaging a private mediator. The parties are agreeable with maintaining the June 9, 2023 ADR deadline previously set by the Court.

Dated: May 1, 2023

Respectfully submitted,

DEREK SMITH LAW GROUP, LLP

 */s/ Matt E.O. Finkelberg*
Matt E.O. Finkelberg, Esq.*

Attorneys for Plaintiff Jane Doe

Dated: May 1, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

 */s/ Randy Hsieh*
RANDY HSIEH
Assistant United States Attorney

Attorneys for Kilolo Kijakazi, Acting Commissioner of the Social Security Administration

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.