UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER FOR THE SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | Case No. 5:22-cv-00744-RGK-MRW<br><br>**[PROPOSED] ORDER ON STIPULATION FOR REFERRAL TO COURT MEDIATION PANEL**<br><br>[52] |

**GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby orders this case referred to ADR PROCEDURE NO. 2, the Court Mediation Panel. The Parties are directed to complete the mediation no later than June 9, 2023.

**IT IS SO ORDERED.**

Dated: 5/4/2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable R. Gary Klausner
　　　　　　　　　　　　　　　　　United States District Judge

cc: ADR coordinator

1