**DENIED BY THE COURT**
No good cause shown.

By: _____
Hon. R. Gary Klausner
U.S. District Judge

Dated: 6/29/2023

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER FOR THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Case No. 5:22-cv-00744-RGK-MRW<br><br>[PROPOSED] ORDER APPROVING STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL BY APPROXIMATELY SIXTY (60) DAYS<br><br>[65] |

1

**GOOD CAUSE HAVING BEEN SHOWN,** the Court hereby orders the final pretrial conference shall be continued from July 24, 2023 to September 29, 2023. Jury trial shall be continued from August 8, 2023 to October 16, 2023. Associated deadlines under the Local Rules and under the Court's scheduling order shall also be continued according to the new pretrial conference and trial dates.

**IT IS SO ORDERED.**

Dated:

**DENIED BY THE COURT**

Honorable R. Gary Klausner
United States District Judge