E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
RANDY HSIEH (Cal. Bar No. 312087)
JASMIN YANG (Cal. Bar No. 255254)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6585 /-8827
    Facsimile: (213) 894-7819
    E-mail: Randy.Hsieh@usdoj.gov
            Jasmin.Yang@usdoj.gov

Attorneys for Defendant Kilolo Kijakazi,
Acting Commissioner of the Social Security Administration

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER FOR THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 5:22-cv-00744-RGK-MRW<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date:    August 8, 2023<br><br>Honorable R. Gary Klausner<br>United States District Judge |

1 | Plaintiff Jane Doe and Defendant Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, by and through counsel advise the Court that:

(1) The parties have reached a settlement; and

(2) The parties will file a stipulation of dismissal with prejudice after the terms of the settlement agreement have been met.

In light of the settlement, the parties respectfully request that the August 8, 2023 trial be vacated.

Respectfully submitted,

Dated: August 1, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

 /s/ Jasmin Yang
RANDY HSIEH
JASMIN YANG
Assistant United States Attorneys

Attorneys for Kilolo Kijakazi, Acting Commissioner of the Social Security Administration

Dated:  August 1, 2023

MATT E.O. FINKELBERG

/s/ Matt E.O, Finkelberg
DEREK SMITH LAW GROUP, LLP
Attorneys for Plaintiff Jane Doe

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, Jasmin Yang, am the ECF User whose ID and password are being used to file this **NOTICE OF SETTLEMENT**. In compliance with Local Rule 5-4.3.4(a)(2), I hereby certify and attest that Plaintiff's counsel, Matt E.O. Finkelberg, has concurred in this filing.

DATED:  August 1, 2023

/s/ Jasmin Yang
_____
JASMIN YANG
Assistant United States Attorney

1