**JS6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JANE DOE,

         Plaintiff,

         v.

KILOLO KIJAKAZI, ACTING
COMMISSIONER FOR THE SOCIAL
SECURITY ADMINISTRATION,

         Defendant.

Case No. 5:22-cv-00744-RGK-MRW

[PROPOSED] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** **[95]**

Honorable R. Gary Klausner
United States District Judge

///
///
///

1    Upon consideration of the Stipulation for Dismissal with Prejudice (the

2  "Stipulation") entered into by Plaintiff Jane Doe and Defendant Kilolo Kijakazi, Acting

3  Commissioner of the Social Security Administration, and for good cause shown,

4    IT IS HEREBY ORDERED that:

5    1.  The Stipulation is approved;

6    2.  This case is dismissed with prejudice; and

7    3.  Each party will bear his, her, or its own attorney's fees, costs, and expenses.

8

9

10  Dated: _____**8/2/2023**_____    _____

11                                                HONORABLE R. GARY KLAUSNER
                                                  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        1